UNITED STATES of America, Plaintiff—Appellee,

v.

**Marvin ALLEN, Defendant—Appellant.**

No. 04–50399.
D.C. No. CR–03–00168–R–01.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.*

Decided May 16, 2005.

Rupa Gowami, USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before PREGERSON, CANBY and THOMAS, Circuit Judges.

MEMORANDUM**

Marvin Allen appeals the district court's order revoking his supervised release and imposing an 18–month term of imprisonment followed by a 5–year term of supervised release. Allen was originally convicted of conspiracy to possess with the intent to distribute cocaine and attempt to possess with the intent to distribute cocaine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Allen has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.